IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LARRY D. NUNLEY,                                        CV 07-6132-MA

        Plaintiff,                            J U D G M E N T

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

Based on the record and the opinion and order filed herewith, the final decision of the Commissioner is AFFIRMED and this case is DISMISSED.

IT IS SO ORDERED.

DATED this _28 day of March, 2008.

                                     /s/ Malcolm F. Marsh
                                     Malcolm F. Marsh
                                     United States District Judge